IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE VIZE,<br><br>                Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>                Defendant, | CIVIL ACTION<br>NO. 18-2766 |

## ORDER

**AND NOW,** this 4th day of June 2020, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1. The Clerk of Court shall **REMOVE** the case from Civil Suspense;

2. The Report and Recommendation (Doc. No. 13) is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review (Doc. No. 9) is **GRANTED**; and

4. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

                                              BY THE COURT:


                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.